United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGATHA KIRK and LEON KIRK, JR. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-1339 |
| | § | |
| HOUSE AROUND THE CORNER, LLC, *et al* | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding is Judge Palermo's Report and Recommendation (Doc. No. 17) that the this case should be dismissed for lack of subject matter jurisdiction. No objections were filed to the Report and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Judge Palermo's conclusions. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (Doc. No. 17) is **ADOPTED**. It is further

**ORDERED** that this case is **DISMISSED**.

SIGNED this 28th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE